```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA SCHOTT (NYBN 5130263)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.schott@usdoj.gov

Attorneys for United States of America
```

**FILED**
DEC 9 – 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
UNITED STATES MARSHAL
2019 DEC -9 PM 3:59

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA ANTHONY FLORES,<br><br>Defendant. | CASE NO. CR 19-0596 YGR<br><br>[PROPOSED] ORDER LODGING DETAINER WHILE DEFENDANT IS IN STATE CUSTODY |

TO THE UNITED STATES MARSHAL:

Whereas: the United States of America and the District Attorney for Alameda County are concurrently pursuing separate cases against the defendant, Joshua Anthony Flores; the Alameda County Sheriff has retained primary jurisdiction over the defendant; the defendant was earlier ordered brought to this Court from Santa Rita Jail, pursuant to this Court's Writ Ad Prosequendum directed to the Santa Rita Jail for purposes of appearing in this federal case; and the defendant's presence will again be required for the local court proceedings,

IT IS HEREBY ORDERED:

The defendant shall remain in the custody of the Alameda County Sheriff;

The U.S. Marshal shall place a detainer based on this pending federal matter so that defendant

shall be delivered to the U.S. Marshal if the Alameda County Sheriff relinquishes custody or primary jurisdiction; and

If the defendant is committed and transferred to a penal institution pursuant to a conviction in the local jurisdiction, the detainer shall follow the defendant and, once notified, the U.S. Marshal shall notify this Court and the United States Attorney's Office.

If the defendant is ordered released from federal custody, the detainer shall be lifted.

Dated: 12/9/19

HON. DONNA M. RYU
United States Magistrate Judge

[PROPOSED] ORDER LODGING DETAINER     2
JOSHUA ANTHONY FLORES